503 A.2d 930

Carl KURKOWSKI and Wayne Kurkowski, Petitioners,

v.

Paul SUCHKO, etc., et al.

Supreme Court of Pennsylvania.

Jan. 27, 1986.

Petition for Allowance of Appeal GRANTED, No. 4 W.D. Appeal Docket 1986.